| ATTORNEY GRIEVANCE COMMISSION | * | IN THE |
| | * | |
| | * | SUPREME COURT |
| | * | |
| v. | * | OF MARYLAND |
| | * | AG No. 5 |
| BRIAN DAVID O'NEILL | * | September Term, 2024 |
| | * | |

O R D E R

After the Attorney Grievance Commission filed its petition for disciplinary or remedial action and request for temporary suspension, the Court issued an order requiring respondent to show cause why he should not be temporarily suspended pursuant to Rule 19-737(c). Respondent did not file a response.

Upon consideration of the petition for disciplinary or remedial action and request for temporary suspension, it is this 27th day of August 2024, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-737(d), the Respondent, Brian David O'Neill, is temporarily suspended from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Brian David O'Neill from the register of attorneys in this Court and shall send notice of this Order to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



  /s/ Matthew J. Fader
Chief Justice